UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
CHRISTINE DONLONE, on Behalf of All Others Similarly Situated,

         Plaintiff,

-against-

MERRILL LYNCH & CO., INC., et al,

         Defendants.
-----------------------------------------------------------------X

Index No.: 2007 CV 10661

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK   )
         ) ss.:
COUNTY OF NEW YORK  )

  **DARREN HINDS**, being duly sworn, deposes and says:

  1. That I am not a party to this action, am over eighteen years of age and reside in the State of New Jersey;

  2. That on <u>December 07, 2007,</u> at approximately <u>10:33 a.m.,</u> I personally served, by hand, by personally delivering to and leaving with, a true and correct copy of the foregoing documents: **SUMMONS IN A CIVIL CASE and CLASS ACTION COMPLAINT FOR VIOLATIONS OF ERISA,** all upon **MERRILL LYNCH & CO., INC.,** by Personal Delivery via Ms. Desirae Wells, who identified herself as an "Assistant Vice President" as well as being duly authorized to accept service on behalf of Merrill Lynch & Co., Inc., which service was effected at their actual place of business indicated below:

    MERRILL LYNCH & CO., INC.
    222 Broadway / Lobby
    New York, New York 10038

  3. **Ms. Desirae Wells** can best be described as:

African American Female – Light Brown skin – Black hair – Brown eyes - Approximately 22 – 32 years of age, 5'0" – 5'3" and 100 – 125 lbs.

Dated: December 11, 2007
    New York, New York

                     _____
                     DARREN HINDS
                     License No.: 1194970

Sworn to before me on this the 11th day of December 2007.

_____
NOTARY PUBLIC

HOLLY ROLDAN
Notary Public, State of New York
No. 01RO6125752
Qualified in New York County
Commission Expires April 20, 2009

---

RAPID & RELIABLE ATTORNEY SERVICE, INC.
-A FULL-SERVICE LITIGATION SUPPORT CORPORATION-

POST OFFICE BOX 858
NEW YORK, NEW YORK 10268
212-608-1555

*"We've built our service on your satisfaction"*