UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHRISTINE DONLON, on Behalf of All Others Similarly Situated,<br><br>                      Plaintiff,<br><br>                -v.-<br><br>MERRILL LYNCH & CO., INC., E. STANLEY O'NEAL, CAROL T. CHRIST, ARMANDO M. CODINA, VIRGIS W. COLBERT, JILL K. CONWAY, ALBERTO CRIBIORE, LOUIS DIMARIA, JOHN D. FINNEGAN, JUDITH MAYHEW JONAS, AULANA L. PETERS, JOSEPH W. PRUEHER, ANN N. REESE, CHARLES O. ROSSOTTI, JOHN DOES 1-20 (BEING CURRENT AND FORMER MEMBERS OF THE BENEFITS ADMINISTRATION COMMITTEE OF THE MERRILL LYNCH & CO., INC. EMPLOYEE STOCK OWNERSHIP PLAN) and JOHN DOES 21-40 (BEING CURRENT AND FORMER MEMBERS OF THE INVESTMENT COMMITTEE OF THE MERRILL LYNCH & CO., INC. EMPLOYEE STOCK OWNERSHIP PLAN),<br><br>                      Defendants. | Civil Action No.: 07-CV-10661 (LBS) |

## CERTIFICATE OF SERVICE

I, Virgilio Soler, Jr., hereby certify that I am not a party to the action, am over the age of eighteen years, am employed by the law firm of Harwood Feffer LLP, attorneys for plaintiff, and that on January 3, 2008, I served the following:

    1. **MOTION FOR ENTRY OF [PROPOSED] PRETRIAL ORDER NO. 1 CONSOLIDATING THE ERISA ACTIONS AND APPOINTING INTERIM LEAD PLAINTIFF AND INTERIM LEAD COUNSEL**

2. **PLAINTIFF CHRISTINE DONLON'S [PROPOSED] PRETRIAL ORDER NO. 1 CONSOLIDATING THE ERISA ACTIONS AND APPOINTING INTERIM LEAD PLAINTIFF AND INTERIM LEAD COUNSEL**
3. **PLAINTIFF CHRISTINE DONLON'S MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR ENTRY OF [PROPOSED] PRETRIAL ORDER NO. 1 CONSOLIDATING THE ERISA ACTIONS AND APPOINTING INTERIM LEAD PLAINTIFF AND INTERIM LEAD COUNSEL**
4. **DECLARATION OF ROBERT I. HARWOOD IN SUPPORT OF PLAINTIFF CHRISTINE DONLON'S MOTION FOR ENTRY OF [PROPOSED] PRETRIAL ORDER NO. 1 CONSOLIDATING THE ERISA ACTIONS AND APPOINTING INTERIM LEAD PLAINTIFF AND INTERIM LEAD COUNSEL with EXHIBIT A – ORDER REGARDGING CONSOLIDATING RELATED ERISA ACTIONS and EXHIBIT B – HARWOOD FEFFER LLP FIRM RESUME**

in the within action, by causing a true and correct copy of same to be electronically mailed to the following counsel:

    **See Attached Service List**

_____
Virgilio Soler, Jr.

## Motions
1:07-cv-10661-CM Donlon v. Merrill Lynch & Co, Inc. et al
ECF

U.S. District Court

United States District Court for the Southern District of New York

## Notice of Electronic Filing

The following transaction was entered by Harwood, Robert on 1/3/2008 at 3:18 PM EST and filed on 1/3/2008
**Case Name:**      Donlon v. Merrill Lynch & Co, Inc. et al
**Case Number:**    1:07-cv-10661
**Filer:**          Christine Donlon
**Document Number:** 27

**Docket Text:**
**MOTION to Appoint Christine Donlon to serve as lead plaintiff(s)** *(Motion For Entry of [Proposed] Pretrial Order No. 1 Consolidating the ERISA Actions and Appointing Interim Lead Plaintiff and Interim Lead Counsel)*. **Document filed by Christine Donlon.(Harwood, Robert)**

**1:07-cv-10661 Notice has been electronically mailed to:**

Thomas George Ciarlone , Jr     tciarlone@lawssb.com

Lynda J. Grant     lgrant@cmht.com, dcrecords@cmht.com

Robert I. Harwood     rharwood@hfesq.com

Samuel Kenneth Rosen     srosen@hfesq.com

Ralph M. Stone     rstone@lawssb.com

**1:07-cv-10661 Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1008691343 [Date=1/3/2008] [FileNumber=4130547-0]
[96a5919cce24c6a329a6be75679bcfc6faf5fae10a89b770fd62871fddf520f4ce25
afb9be6dc017937a9b3fa93cb82b5739962f2121f924be5a979e672eaf00]]

## Motions

1:07-cv-10661-CM Donlon v. Merrill Lynch & Co, Inc. et al
ECF

U.S. District Court

United States District Court for the Southern District of New York

## Notice of Electronic Filing

The following transaction was entered by Harwood, Robert on 1/3/2008 at 3:26 PM EST and filed on 1/3/2008
**Case Name:** Donlon v. Merrill Lynch & Co, Inc. et al
**Case Number:** 1:07-cv-10661
**Filer:** Christine Donlon
**Document Number:** 28

**Docket Text:**
MOTION to Appoint Counsel., MOTION to Appoint Christine Donlon to serve as lead plaintiff(s)., MOTION to Consolidate Cases 07-cv-10268, 07-cv-10273, 07-cv-10398, 07-cv-10569, 07-cv-10687, 07-cv-10710, 07-cv-11054 *(Plaintiff Christine Donlons [Proposed] Pretrial Order No. 1 Consolidating the ERISA Actions and Appointing Interim Lead Plaintiff and Interim Lead Counsel)*. Document filed by Christine Donlon.(Harwood, Robert)

**1:07-cv-10661 Notice has been electronically mailed to:**

Thomas George Ciarlone , Jr    tciarlone@lawssb.com

Lynda J. Grant    lgrant@cmht.com, dcrecords@cmht.com

Robert I. Harwood    rharwood@hfesq.com

Samuel Kenneth Rosen    srosen@hfesq.com

Ralph M. Stone    rstone@lawssb.com

**1:07-cv-10661 Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1008691343 [Date=1/3/2008] [FileNumber=4130607-0]
[169002a91d620140cd0a7898fbec44cf48c0898c64662ca241e61238ca2580882ffe
0b73f77441d2c6cac96f09cf0699706065a9c6bc739c3f5f5a8ec4989fc4]]

**Replies, Opposition and Supporting Documents**
1:07-cv-10661-CM Donlon v. Merrill Lynch & Co, Inc. et al
ECF

U.S. District Court

United States District Court for the Southern District of New York

**Notice of Electronic Filing**

The following transaction was entered by Harwood, Robert on 1/3/2008 at 3:30 PM EST and filed on 1/3/2008
**Case Name:**        Donlon v. Merrill Lynch & Co, Inc. et al
**Case Number:**      1:07-cv-10661
**Filer:**            Christine Donlon
**Document Number:** 29

**Docket Text:**
**MEMORANDUM OF LAW in Support** *of Motion for Entry of [Proposed] Pretrial Order No. 1 Consolidating the ERISA Actions and Appointing Interim Lead Plaintiff and Interim Lead Counsel.* **Document filed by Christine Donlon. (Harwood, Robert)**

**1:07-cv-10661 Notice has been electronically mailed to:**

Thomas George Ciarlone , Jr    tciarlone@lawssb.com

Lynda J. Grant    lgrant@cmht.com, dcrecords@cmht.com

Robert I. Harwood    rharwood@hfesq.com

Samuel Kenneth Rosen    srosen@hfesq.com

Ralph M. Stone    rstone@lawssb.com

**1:07-cv-10661 Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1008691343 [Date=1/3/2008] [FileNumber=4130649-0]
[51c372b529b6cd3fed06d09929c775c8c85e20cfcc5e4526adc7da3a6681c2f9d8cf
bb827e78b5e625bd25d0487609a104b73af39f5e6eb73cc0a73500aff003]]

**Replies, Opposition and Supporting Documents**
1:07-cv-10661-CM Donlon v. Merrill Lynch & Co, Inc. et al
ECF

## U.S. District Court

### United States District Court for the Southern District of New York

**Notice of Electronic Filing**

The following transaction was entered by Harwood, Robert on 1/3/2008 at 3:35 PM EST and filed on 1/3/2008
**Case Name:**         Donlon v. Merrill Lynch & Co, Inc. et al
**Case Number:**       1:07-cv-10661
**Filer:**             Christine Donlon
**Document Number:** 30

**Docket Text:**
DECLARATION of Robert I. Harwood in Support. Document filed by Christine Donlon. (Attachments: # (1) Exhibit A - Order Regarding Consolidating Related ERISA Actions, # (2) Exhibit B - Harwood Feffer LLP Firm Resume)(Harwood, Robert)


**1:07-cv-10661 Notice has been electronically mailed to:**

Thomas George Ciarlone , Jr    tciarlone@lawssb.com

Lynda J. Grant    lgrant@cmht.com, dcrecords@cmht.com

Robert I. Harwood    rharwood@hfesq.com

Samuel Kenneth Rosen    srosen@hfesq.com

Ralph M. Stone    rstone@lawssb.com

**1:07-cv-10661 Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1008691343 [Date=1/3/2008] [FileNumber=4130691-0]
[5090d6bd4e9cadbb9b4926940878d3510682c4290a76c8ef4c3e689138ceea0ad371
8f0552da66f54145f35a97ac6b3b6c3c1d190da68ca701e1f2d959b6dcc8]]
**Document description:** Exhibit A - Order Regarding Consolidating Related ERISA Actions
**Original filename:** n/a
**Electronic document Stamp:**

[STAMP dcecfStamp_ID=1008691343 [Date=1/3/2008] [FileNumber=4130691-1]
[8186e6ed3913f6f1ca4e2aa461c6b1e92c03d7cbff4a0903611a6a0426d4860cb5d8
9cca12a0396f93cbcdab7d745dc632191a42b68350c27d18336faeddfc75]]
**Document description:**Exhibit B - Harwood Feffer LLP Firm Resume
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1008691343 [Date=1/3/2008] [FileNumber=4130691-2]
[03c9ceceb988ec1aa0e9582d1f1e2418f97d935a3bd6c79757664eb29d50547232d6
e634feeae8d98b941de151f25ea6f78c25407cc7910ed0f530dd495db380]]