UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ELIZABETH ESTEY, individually and on
behalf of all others similarly situated,

              Plaintiffs,

    v.

MERRILL LYNCH & CO., INC., E.
STANLEY O'NEAL, CAROL T. CHRIST,
ARMANDO M. CODINA, VIRGIS W.
COLBERT, JILL K. CONWAY, ALBERTO
CRIBIORE, JOHN D. FINNEGAN, JUDITH
MAYHEW JONAS, DAVID K.
NEWHIGGING, AULANA L. PETERS,
JOSEPH W. PRUEHER, ANN N. REESE,
CHARLES O. ROSSOTTI, LOUIS DIMARIA,
PETER STINGI and JOHN AND JANE DOES
1-20,

              Defendants.

Case No.  07-CV-10268 (LBS)

*(Additional captions on the next page]*

**NOTICE OF MOTION
TO ADMIT MICHELLE C. YAU
*PRO HAC VICE***

MARY GIDARO, individually and on behalf of )
all others similarly situated, )
  )
                   Plaintiffs, )
  )
               v. )
  )
MERRILL LYNCH & CO., INC., E. )    **Case No.  07-CV-10273 (LBS)**
STANLEY O'NEAL, CAROL T. CHRIST, )
ARMANDO M. CODINA, VIRGIS W. )
COLBERT, JILL K. CONWAY, ALBERTO )
CRIBIORE, JOHN D. FINNEGAN, JUDITH )
MAYHEW JONAS, DAVID K. )
NEWBIGGING, AULANA L. PETERS, )
JOSEPH W. PRUEHER, ANN N. REESE, )
CHARLES O. ROSSOTTI, LOUIS DIMARIA, )
PETER STINGI and JOHN AND JANE DOES )
1-20, )
                Defendants. )
  )

TARA MOORE, individually and on behalf of )
all others similarly situated, )
  )
                   Plaintiffs, )
  )
               v. )
  )
MERRILL LYNCH & CO., INC., E. )    **Case No.  07-CV-10398 (DC)**
STANLEY O'NEAL, CAROL T. CHRIST, )
ARMANDO M. CODINA, VIRGIS W. )
COLBERT, JILL K. CONWAY, ALBERTO )
CRIBIORE, JOHN D. FINNEGAN, JUDITH )
MAYHEW JONAS, DAVID K. )
NEWBIGGING, AULANA L. PETERS, )
JOSEPH W. PRUEHER, ANN N. REESE, )
CHARLES O. ROSSOTTI, LOUIS DIMARIA, )
PETER STINGI and JOHN AND JANE DOES )
1-20, )
                Defendants. )
  )

GREGORY YASHGUR, individually and on behalf of all others similarly situated,

    Plaintiffs,

  v.

MERRILL LYNCH & CO., INC., E. STANLEY O'NEAL, CAROL T. CHRIST, ARMANDO M. CODINA, VIRGIS W. COLBERT, JILL K. CONWAY, ALBERTO CRIBIORE, JOHN D. FINNEGAN, JUDITH MAYHEW JONAS, DAVID K. NEWBIGGING, AULANA L. PETERS, JOSEPH W. PRUEHER, ANN N. REESE, CHARLES O. ROSSOTTI, LOUIS DIMARIA, PETER STINGI and JOHN AND JANE DOES 1-20,

    Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No.  07-CV-10569 (JSR)

---

CHRISTINE DONLON, individually and on behalf of all others similarly situated,

    Plaintiffs,

  v.

MERRILL LYNCH & CO., INC., E. STANLEY O'NEAL, CAROL T. CHRIST, ARMANDO M. CODINA, VIRGIS W. COLBERT, JILL K. CONWAY, ALBERTO CRIBIORE, JOHN D. FINNEGAN, JUDITH MAYHEW JONAS, DAVID K. NEWBIGGING, AULANA L. PETERS, JOSEPH W. PRUEHER, ANN N. REESE, CHARLES O. ROSSOTTI, LOUIS DIMARIA, PETER STINGI and JOHN AND JANE DOES 1-20,

    Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No.  07-CV-10661 (CM)

CARL ESPOSITO, individually and on behalf )
of all others similarly situated,                              )
                                                                            )
                              Plaintiffs,                            )
                                                                            )
                    v.                                                 )
                                                                            )
MERRILL LYNCH & CO., INC., E.                          )        Case No.  07-CV-10687 (JGK)
STANLEY O'NEAL, CAROL T. CHRIST,             )
ARMANDO M. CODINA, VIRGIS W.               )
COLBERT, JILL K. CONWAY, ALBERTO          )
CRIBIORE, JOHN D. FINNEGAN, JUDITH       )
MAYHEW JONAS, DAVID K.                             )
NEWBIGGING, AULANA L. PETERS,               )
JOSEPH W. PRUEHER, ANN N. REESE,            )
CHARLES O. ROSSOTTI, LOUIS DIMARIA,  )
PETER STINGI and JOHN AND JANE DOES    )
1-20,                                                                        )
                              Defendants.                           )
                                                                            )

SEAN SHAUGHNESSEY, individually and on )
behalf of all others similarly situated,                   )
                                                                            )
                              Plaintiffs,                            )
                                                                            )
                    v.                                                 )
                                                                            )
MERRILL LYNCH & CO., INC., E.                          )        Case No.  07-CV-10710 (GEL)
STANLEY O'NEAL, CAROL T. CHRIST,             )
ARMANDO M. CODINA, VIRGIS W.               )
COLBERT, JILL K. CONWAY, ALBERTO          )
CRIBIORE, JOHN D. FINNEGAN, JUDITH       )
MAYHEW JONAS, DAVID K.                             )
NEWBIGGING, AULANA L. PETERS,               )
JOSEPH W. PRUEHER, ANN N. REESE,            )
CHARLES O. ROSSOTTI, LOUIS DIMARIA,  )
PETER STINGI and JOHN AND JANE DOES    )
1-20,                                                                        )
                              Defendants.                           )
                                                                            )

| | |
|---|---|
| BARBARA BOLAND and ANNA MOLIN, individually and on behalf of all others similarly situated,<br><br>                    Plaintiffs,<br><br>                v.<br><br>MERRILL LYNCH & CO., INC., E. STANLEY O'NEAL, CAROL T. CHRIST, ARMANDO M. CODINA, VIRGIS W. COLBERT, JILL K. CONWAY, ALBERTO CRIBIORE, JOHN D. FINNEGAN, JUDITH MAYHEW JONAS, DAVID K. NEWBIGGING, AULANA L. PETERS, JOSEPH W. PRUEHER, ANN N. REESE, CHARLES O. ROSSOTTI, LOUIS DIMARIA, PETER STINGI and JOHN AND JANE DOES 1-20,<br><br>                  Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    **Case No. 07-CV-11054 (MGC)** |

**PLEASE TAKE NOTICE** that upon the annexed Declaration of Lynda J. Grant, the Declaration of Michelle C. Yau and the Certificate of Good Standing annexed thereto, the undersigned will move this Court, before the Honorable Leonard B. Sand on a date to be determined by the Court, in the United States Courthouse, 500 Pearl Street, Courtroom 15A,

New York, New York  10007, for an Order (attached hereto), pursuant to Rule 1.3(c) of the

Local Rules of the United States District Courts for the Southern District and Eastern Districts of

New York, admitting Michelle C. Yau *pro hac vice*.

Dated: January 30, 2008

Respectfully submitted,

Lynda J. Grant (LG-4784)
**COHEN, MILSTEIN, HAUSFELD
& TOLL, P.L.L.C.**
150 East 52nd Street, 30th Floor
New York, New York  10022
(212) 838-7797

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ELIZABETH ESTEY, individually and on behalf of all others similarly situated,<br><br>              Plaintiffs,<br><br>        v.<br><br>MERRILL LYNCH & CO., INC., E. STANLEY O'NEAL, CAROL T. CHRIST, ARMANDO M. CODINA, VIRGIS W. COLBERT, JILL K. CONWAY, ALBERTO CRIBIORE, JOHN D. FINNEGAN, JUDITH MAYHEW JONAS, DAVID K. NEWBIGGING, AULANA L. PETERS, JOSEPH W. PRUEHER, ANN N. REESE, CHARLES O. ROSSOTTI, LOUIS DIMARIA, PETER STINGI and JOHN AND JANE DOES 1-20,<br><br>              Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   **Case No.  07-CV-10268 (LBS)** |

*(Additional captions on the next page]*

## DECLARATION OF LYNDA J. GANT IN SUPPORT OF MOTION TO ADMIT COUNSEL *PRO HAC VICE*

MARY GIDARO, individually and on behalf of
all others similarly situated,

               Plaintiffs,

v.

MERRILL LYNCH & CO., INC., E.
STANLEY O'NEAL, CAROL T. CHRIST,
ARMANDO M. CODINA, VIRGIS W.
COLBERT, JILL K. CONWAY, ALBERTO
CRIBIORE, JOHN D. FINNEGAN, JUDITH
MAYHEW JONAS, DAVID K.
NEWBIGGING, AULANA L. PETERS,
JOSEPH W. PRUEHER, ANN N. REESE,
CHARLES O. ROSSOTTI, LOUIS DIMARIA,
PETER STINGI and JOHN AND JANE DOES
1-20,

               Defendants.

**Case No.  07-CV-10273 (LBS)**

TARA MOORE, individually and on behalf of
all others similarly situated,

               Plaintiffs,

v.

MERRILL LYNCH & CO., INC., E.
STANLEY O'NEAL, CAROL T. CHRIST,
ARMANDO M. CODINA, VIRGIS W.
COLBERT, JILL K. CONWAY, ALBERTO
CRIBIORE, JOHN D. FINNEGAN, JUDITH
MAYHEW JONAS, DAVID K.
NEWBIGGING, AULANA L. PETERS,
JOSEPH W. PRUEHER, ANN N. REESE,
CHARLES O. ROSSOTTI, LOUIS DIMARIA,
PETER STINGI and JOHN AND JANE DOES
1-20,

               Defendants.

**Case No.  07-CV-10398 (DC)**

GREGORY YASHGUR, individually and on behalf of all others similarly situated,  )
)
)
Plaintiffs,  )
)
v.  )
)
MERRILL LYNCH & CO., INC., E. STANLEY O'NEAL, CAROL T. CHRIST, ARMANDO M. CODINA, VIRGIS W. COLBERT, JILL K. CONWAY, ALBERTO CRIBIORE, JOHN D. FINNEGAN, JUDITH MAYHEW JONAS, DAVID K. NEWBIGGING, AULANA L. PETERS, JOSEPH W. PRUEHER, ANN N. REESE, CHARLES O. ROSSOTTI, LOUIS DIMARIA, PETER STINGI and JOHN AND JANE DOES 1-20,  )
)
)
)
)
)
)
)
)
)
)
Defendants.  )
)

Case No. 07-CV-10569 (JSR)

CHRISTINE DONLON, individually and on behalf of all others similarly situated,  )
)
Plaintiffs,  )
)
v.  )
)
MERRILL LYNCH & CO., INC., E. STANLEY O'NEAL, CAROL T. CHRIST, ARMANDO M. CODINA, VIRGIS W. COLBERT, JILL K. CONWAY, ALBERTO CRIBIORE, JOHN D. FINNEGAN, JUDITH MAYHEW JONAS, DAVID K. NEWBIGGING, AULANA L. PETERS, JOSEPH W. PRUEHER, ANN N. REESE, CHARLES O. ROSSOTTI, LOUIS DIMARIA, PETER STINGI and JOHN AND JANE DOES 1-20,  )
)
)
)
)
)
)
)
)
)
)
)
Defendants.  )
)

Case No. 07-CV-10661 (CM)

CARL ESPOSITO, individually and on behalf of all others similarly situated,

          Plaintiffs,

          v.

MERRILL LYNCH & CO., INC., E. STANLEY O'NEAL, CAROL T. CHRIST, ARMANDO M. CODINA, VIRGIS W. COLBERT, JILL K. CONWAY, ALBERTO CRIBIORE, JOHN D. FINNEGAN, JUDITH MAYHEW JONAS, DAVID K. NEWBIGGING, AULANA L. PETERS, JOSEPH W. PRUEHER, ANN N. REESE, CHARLES O. ROSSOTTI, LOUIS DIMARIA, PETER STINGI and JOHN AND JANE DOES 1-20,

          Defendants.

**Case No.  07-CV-10687 (JGK)**

SEAN SHAUGHNESSEY, individually and on behalf of all others similarly situated,

          Plaintiffs,

          v.

MERRILL LYNCH & CO., INC., E. STANLEY O'NEAL, CAROL T. CHRIST, ARMANDO M. CODINA, VIRGIS W. COLBERT, JILL K. CONWAY, ALBERTO CRIBIORE, JOHN D. FINNEGAN, JUDITH MAYHEW JONAS, DAVID K. NEWBIGGING, AULANA L. PETERS, JOSEPH W. PRUEHER, ANN N. REESE, CHARLES O. ROSSOTTI, LOUIS DIMARIA, PETER STINGI and JOHN AND JANE DOES 1-20,

          Defendants.

**Case No.  07-CV-10710 (GEL)**

BARBARA BOLAND and ANNA MOLIN,
individually and on behalf of all others
similarly situated,

              Plaintiffs,

        v.

MERRILL LYNCH & CO., INC., E.
STANLEY O'NEAL, CAROL T. CHRIST,
ARMANDO M. CODINA, VIRGIS W.
COLBERT, JILL K. CONWAY, ALBERTO
CRIBIORE, JOHN D. FINNEGAN, JUDITH
MAYHEW JONAS, DAVID K.
NEWBIGGING, AULANA L. PETERS,
JOSEPH W. PRUEHER, ANN N. REESE,
CHARLES O. ROSSOTTI, LOUIS DIMARIA,
PETER STINGI and JOHN AND JANE DOES
1-20,

              Defendants.

**Case No. 07-CV-11054 (MGC)**

I, Lynda J. Grant, hereby declare as follows:

1.     I am an attorney admitted to practice in the State of New York, and in the Southern and Eastern Districts of New York. I submit this Declaration in support of the motion to admit Michelle C. Yau to the United States District Court for the Southern District of New York *pro hac vice* for purposes of this action.

2.     I agree to act as local counsel for Michelle C. Yau and to observe the Rules of this Court governing the conduct of attorneys.

3.     Michelle C. Yau is a member in good standing of the Bar of the Commonwealth of Massachusetts.

For the foregoing reasons, it is respectfully requested that Michelle C. Yau be admitted *pro hac vice* to the United States District Court for the Southern District of New York for purposes of this action.

I hereby declare under penalty of perjury that the foregoing is true and correct.

Dated:  January 30, 2008

Respectfully submitted,

COHEN, MILSTEIN, HAUSFELD
& TOLL, P.L.L.C.

Lynda J. Grant (LJG-4784)
150 East 52nd Street, 30th Floor
New York, New York 10022
(212) 838-7797
(212) 838-7745 (fax)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ELIZABETH ESTEY, individually and on behalf of all others similarly situated, )<br><br>Plaintiffs, )<br><br>v. )<br><br>MERRILL LYNCH & CO., INC., E. STANLEY O'NEAL, CAROL T. CHRIST, ARMANDO M. CODINA, VIRGIS W. COLBERT, JILL K. CONWAY, ALBERTO CRIBIORE, JOHN D. FINNEGAN, JUDITH MAYHEW JONAS, DAVID K. NEWBIGGING, AULANA L. PETERS, JOSEPH W. PRUEHER, ANN N. REESE, CHARLES O. ROSSOTTI, LOUIS DIMARIA, PETER STINGI and JOHN AND JANE DOES 1-20, )<br><br>Defendants. ) | Case No.  07-CV-10268 (LBS) |

[*Additional captions on the next page*]

**DECLARATION OF MICHELLE C. YAU
IN SUPPORT OF MOTION TO ADMIT COUNSEL
*PRO HAC VICE*_____**

|  |  |
|---|---|
| MARY GIDARO, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MERRILL LYNCH & CO., INC., E. STANLEY O'NEAL, CAROL T. CHRIST, ARMANDO M. CODINA, VIRGIS W. COLBERT, JILL K. CONWAY, ALBERTO CRIBIORE, JOHN D. FINNEGAN, JUDITH MAYHEW JONAS, DAVID K. NEWBIGGING, AULANA L. PETERS, JOSEPH W. PRUEHER, ANN N. REESE, CHARLES O. ROSSOTTI, LOUIS DIMARIA, PETER STINGI and JOHN AND JANE DOES 1-20,<br><br>Defendants. | Case No.  07-CV-10273 (LBS) |
| TARA MOORE, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MERRILL LYNCH & CO., INC., E. STANLEY O'NEAL, CAROL T. CHRIST, ARMANDO M. CODINA, VIRGIS W. COLBERT, JILL K. CONWAY, ALBERTO CRIBIORE, JOHN D. FINNEGAN, JUDITH MAYHEW JONAS, DAVID K. NEWBIGGING, AULANA L. PETERS, JOSEPH W. PRUEHER, ANN N. REESE, CHARLES O. ROSSOTTI, LOUIS DIMARIA, PETER STINGI and JOHN AND JANE DOES 1-20,<br><br>Defendants. | Case No.  07-CV-10398 (DC) |

| | | |
|---|---|---|
| GREGORY YASHGUR, individually and on behalf of all others similarly situated, | ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | |
| MERRILL LYNCH & CO., INC., E. STANLEY O'NEAL, CAROL T. CHRIST, ARMANDO M. CODINA, VIRGIS W. COLBERT, JILL K. CONWAY, ALBERTO CRIBIORE, JOHN D. FINNEGAN, JUDITH MAYHEW JONAS, DAVID K. NEWBIGGING, AULANA L. PETERS, JOSEPH W. PRUEHER, ANN N. REESE, CHARLES O. ROSSOTTI, LOUIS DIMARIA, PETER STINGI and JOHN AND JANE DOES 1-20, | ) ) ) ) ) ) ) ) ) ) ) ) ) | **Case No.  07-CV-10569 (JSR)** |
| Defendants. | ) ) | |

| | | |
|---|---|---|
| CHRISTINE DONLON, individually and on behalf of all others similarly situated, | ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | |
| MERRILL LYNCH & CO., INC., E. STANLEY O'NEAL, CAROL T. CHRIST, ARMANDO M. CODINA, VIRGIS W. COLBERT, JILL K. CONWAY, ALBERTO CRIBIORE, JOHN D. FINNEGAN, JUDITH MAYHEW JONAS, DAVID K. NEWBIGGING, AULANA L. PETERS, JOSEPH W. PRUEHER, ANN N. REESE, CHARLES O. ROSSOTTI, LOUIS DIMARIA, PETER STINGI and JOHN AND JANE DOES 1-20, | ) ) ) ) ) ) ) ) ) ) ) ) ) | **Case No.  07-CV-10661 (CM)** |
| Defendants. | ) ) | |

CARL ESPOSITO, individually and on behalf )
of all others similarly situated, )
)
      Plaintiffs, )
)
      v. )
)
MERRILL LYNCH & CO., INC., E. )  **Case No.  07-CV-10687 (JGK)**
STANLEY O'NEAL, CAROL T. CHRIST, )
ARMANDO M. CODINA, VIRGIS W. )
COLBERT, JILL K. CONWAY, ALBERTO )
CRIBIORE, JOHN D. FINNEGAN, JUDITH )
MAYHEW JONAS, DAVID K. )
NEWBIGGING, AULANA L. PETERS, )
JOSEPH W. PRUEHER, ANN N. REESE, )
CHARLES O. ROSSOTTI, LOUIS DIMARIA, )
PETER STINGI and JOHN AND JANE DOES )
1-20, )
      Defendants. )
)

SEAN SHAUGHNESSEY, individually and on )
behalf of all others similarly situated, )
)
      Plaintiffs, )
)
      v. )
)
MERRILL LYNCH & CO., INC., E. )  **Case No.  07-CV-10710 (GEL)**
STANLEY O'NEAL, CAROL T. CHRIST, )
ARMANDO M. CODINA, VIRGIS W. )
COLBERT, JILL K. CONWAY, ALBERTO )
CRIBIORE, JOHN D. FINNEGAN, JUDITH )
MAYHEW JONAS, DAVID K. )
NEWBIGGING, AULANA L. PETERS, )
JOSEPH W. PRUEHER, ANN N. REESE, )
CHARLES O. ROSSOTTI, LOUIS DIMARIA, )
PETER STINGI and JOHN AND JANE DOES )
1-20, )
      Defendants. )
)

BARBARA BOLAND, individually and on
behalf of all others similarly situated,

     Plaintiffs,

   v.

MERRILL LYNCH & CO., INC., E.
STANLEY O'NEAL, CAROL T. CHRIST,
ARMANDO M. CODINA, VIRGIS W.
COLBERT, JILL K. CONWAY, ALBERTO
CRIBIORE, JOHN D. FINNEGAN, JUDITH
MAYHEW JONAS, DAVID K.
NEWBIGGING, AULANA L. PETERS,
JOSEPH W. PRUEHER, ANN N. REESE,
CHARLES O. ROSSOTTI, LOUIS DIMARIA,
PETER STINGI and JOHN AND JANE DOES
1-20,

     Defendants.

Case No.  07-CV-11054 (MGC)

1.      I am an attorney with the law firm of Cohen, Milstein, Hausfeld & Toll, P.L.L.C.

2.      I submit this Declaration in support of the motion of Lynda J. Grant for my admission to practice *pro hac vice* in the above captioned matter.

3.      As shown in the Certificates of Good Standing annexed hereto as Exhibit 1, I am a member in good standing of the Bar of the Commonwealth of Massachusetts, admitted May 27, 2004, Bar No. 657236.

4.      There are no pending disciplinary proceedings against me in any State or Federal Court.

5.      Wherefore, your declarant respectfully submits that he be permitted to appear as counsel and advocate *pro hac vice* in the above captioned cases.

I hereby declare under penalty of perjury that the foregoing is true and correct.


Dated: January 29, 2008


MICHELLE C. YAU
Cohen, Milstein, Hausfeld & Toll, P.L.L.C.
1100 New York Ave., NW
Suite 500W
Washington, DC 20005
Phone:  202-408-4600
Fax:  202-408-4699

1

326029.1 1

# EXHIBIT 1

# COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

———————

BE IT REMEMBERED, that at the Supreme Judicial Court holden at Boston within and for said County of Suffolk, on the **twenty-seventh** day of **May** A.D. **2004**, said Court being the highest Court of Record in said Commonwealth:

## Michelle C. Yau

being found duly qualified in that behalf, and having taken and subscribed the oaths required by law, was admitted to practice as an Attorney, and, by virtue thereof, as a Counsellor at Law, in any of the Courts of the said Commonwealth: that said Attorney is at present a member of the Bar, and is in good standing according to the records of this Court*.

In testimony whereof, I have hereunto set my hand and affixed the seal of said Court, this **eleventh** day of **January** in the year of our Lord **two thousand and eight**.

**MAURA S. DOYLE,** Clerk

* Records of private discipline, if any, such as a private reprimand imposed by the Board of Bar Overseers or by any court, are not covered by this certification.

X3116

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ELIZABETH ESTEY, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MERRILL LYNCH & CO., INC., E. STANLEY O'NEAL, CAROL T. CHRIST, ARMANDO M. CODINA, VIRGIS W. COLBERT, JILL K. CONWAY, ALBERTO CRIBIORE, JOHN D. FINNEGAN, JUDITH MAYHEW JONAS, DAVID K. NEWBIGGING, AULANA L. PETERS, JOSEPH W. PRUEHER, ANN N. REESE, CHARLES O. ROSSOTTI, LOUIS DIMARIA, PETER STINGI and JOHN AND JANE DOES 1-20,<br><br>Defendants. | Case No. 07-CV-10268 (LBS) |

(*Additional captions on the next page*]

**[PROPOSED] ORDER GRANTING APPLICATION OF MICHELLE C. YAU FOR ADMISSION *PRO HAC VICE***

MARY GIDARO, individually and on behalf of all others similarly situated,

                    Plaintiffs,

                    v.

MERRILL LYNCH & CO., INC., E. STANLEY O'NEAL, CAROL T. CHRIST, ARMANDO M. CODINA, VIRGIS W. COLBERT, JILL K. CONWAY, ALBERTO CRIBIORE, JOHN D. FINNEGAN, JUDITH MAYHEW JONAS, DAVID K. NEWBIGGING, AULANA L. PETERS, JOSEPH W. PRUEHER, ANN N. REESE, CHARLES O. ROSSOTTI, LOUIS DIMARIA, PETER STINGI and JOHN AND JANE DOES 1-20,

                    Defendants.

**Case No. 07-CV-10273 (LBS)**

---

TARA MOORE, individually and on behalf of all others similarly situated,

                    Plaintiffs,

                    v.

MERRILL LYNCH & CO., INC., E. STANLEY O'NEAL, CAROL T. CHRIST, ARMANDO M. CODINA, VIRGIS W. COLBERT, JILL K. CONWAY, ALBERTO CRIBIORE, JOHN D. FINNEGAN, JUDITH MAYHEW JONAS, DAVID K. NEWBIGGING, AULANA L. PETERS, JOSEPH W. PRUEHER, ANN N. REESE, CHARLES O. ROSSOTTI, LOUIS DIMARIA, PETER STINGI and JOHN AND JANE DOES 1-20,

                    Defendants.

**Case No. 07-CV-10398 (DC)**

GREGORY YASHGUR, individually and on
behalf of all others similarly situated,

                  Plaintiffs,

              v.

MERRILL LYNCH & CO., INC., E.
STANLEY O'NEAL, CAROL T. CHRIST,
ARMANDO M. CODINA, VIRGIS W.
COLBERT, JILL K. CONWAY, ALBERTO
CRIBIORE, JOHN D. FINNEGAN, JUDITH
MAYHEW JONAS, DAVID K.
NEWBIGGING, AULANA L. PETERS,
JOSEPH W. PRUEHER, ANN N. REESE,
CHARLES O. ROSSOTTI, LOUIS DIMARIA,
PETER STINGI and JOHN AND JANE DOES
1-20,

                  Defendants.

**Case No.  07-CV-10569 (JSR)**

CHRISTINE DONLON, individually and on
behalf of all others similarly situated,

                  Plaintiffs,

              v.

MERRILL LYNCH & CO., INC., E.
STANLEY O'NEAL, CAROL T. CHRIST,
ARMANDO M. CODINA, VIRGIS W.
COLBERT, JILL K. CONWAY, ALBERTO
CRIBIORE, JOHN D. FINNEGAN, JUDITH
MAYHEW JONAS, DAVID K.
NEWBIGGING, AULANA L. PETERS,
JOSEPH W. PRUEHER, ANN N. REESE,
CHARLES O. ROSSOTTI, LOUIS DIMARIA,
PETER STINGI and JOHN AND JANE DOES
1-20,

                  Defendants.

**Case No.  07-CV-10661 (CM)**

CARL ESPOSITO, individually and on behalf )
of all others similarly situated,             )
                                              )
                         Plaintiffs,          )
                                              )
            v.                                )
                                              )
MERRILL LYNCH & CO., INC., E.                 )      **Case No.  07-CV-10687 (JGK)**
STANLEY O'NEAL, CAROL T. CHRIST,              )
ARMANDO M. CODINA, VIRGIS W.                  )
COLBERT, JILL K. CONWAY, ALBERTO              )
CRIBIORE, JOHN D. FINNEGAN, JUDITH            )
MAYHEW JONAS, DAVID K.                        )
NEWBIGGING, AULANA L. PETERS,                 )
JOSEPH W. PRUEHER, ANN N. REESE,              )
CHARLES O. ROSSOTTI, LOUIS DIMARIA, )
PETER STINGI and JOHN AND JANE DOES )
1-20,                                         )
                         Defendants.          )
                                              )

SEAN SHAUGHNESSEY, individually and on )
behalf of all others similarly situated,      )
                                              )
                         Plaintiffs,          )
                                              )
            v.                                )
                                              )
MERRILL LYNCH & CO., INC., E.                 )      **Case No.  07-CV-10710 (GEL)**
STANLEY O'NEAL, CAROL T. CHRIST,              )
ARMANDO M. CODINA, VIRGIS W.                  )
COLBERT, JILL K. CONWAY, ALBERTO              )
CRIBIORE, JOHN D. FINNEGAN, JUDITH            )
MAYHEW JONAS, DAVID K.                        )
NEWBIGGING, AULANA L. PETERS,                 )
JOSEPH W. PRUEHER, ANN N. REESE,              )
CHARLES O. ROSSOTTI, LOUIS DIMARIA, )
PETER STINGI and JOHN AND JANE DOES )
1-20,                                         )
                         Defendants.          )
                                              )

| | |
|---|---|
| BARBARA BOLAND and ANNA MOLIN, individually and on behalf of all others similarly situated, ) ) ) ) | |
| Plaintiffs, ) ) | |
| v. ) ) | Case No.  07-CV-11054 (MGC) |
| MERRILL LYNCH & CO., INC., E. STANLEY O'NEAL, CAROL T. CHRIST, ARMANDO M. CODINA, VIRGIS W. COLBERT, JILL K. CONWAY, ALBERTO CRIBIORE, JOHN D. FINNEGAN, JUDITH MAYHEW JONAS, DAVID K. NEWBIGGING, AULANA L. PETERS, JOSEPH W. PRUEHER, ANN N. REESE, CHARLES O. ROSSOTTI, LOUIS DIMARIA, PETER STINGI and JOHN AND JANE DOES 1-20, ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. ) | |

This matter coming before the Court by Motion submitted by Lynda J. Grant, seeking the admission of Michelle C. Yau to the United States District Court for the Southern District of New York *pro hac vice* for purposes of this action, and the Court having considered the Declaration of Michelle C. Yau submitted in support thereof, and for good cause shown,

IT IS ON this _____day of _____, 2008,

ORDERED that:

1.      Michelle C. Yau is hereby granted admission *pro hac vice* to the United States District Court for the Southern District of New York, for the purpose of appearing in this action, pursuant to Rule 1.3(c) of the Local Rules of the United States District Court for the Southern District of New York;

1

2.    Michelle C. Yau is required to abide by and is subject to the Local Rules of the United States District Court for the Southern District of New York; and

3.    Michelle C. Yau is required to notify the Court immediately of any matter that affects his standing at the Bar of any court.


_____

United States District Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ELIZABETH ESTEY, individually and on behalf of all others similarly situated,<br><br>                    Plaintiffs,<br><br>          v.<br><br>MERRILL LYNCH & CO., INC., E. STANLEY O'NEAL, CAROL T. CHRIST, ARMANDO M. CODINA, VIRGIS W. COLBERT, JILL K. CONWAY, ALBERTO CRIBIORE, JOHN D. FINNEGAN, JUDITH MAYHEW JONAS, DAVID K. NEWBIGGING, AULANA L. PETERS, JOSEPH W. PRUEHER, ANN N. REESE, CHARLES O. ROSSOTTI, LOUIS DIMARIA, PETER STINGI and JOHN AND JANE DOES 1-20,<br><br>                    Defendants. | Case No. 07-CV-10268 (LBS)<br><br>**CERTIFICATE OF SERVICE** |

(*Additional captions on the next page*]

MARY GIDARO, individually and on behalf of )
all others similarly situated,                        )
                                                      )
                              Plaintiffs,             )
                                                      )
                    v.                                )
                                                      )
MERRILL LYNCH & CO., INC., E.                         )    Case No.  07-CV-10273 (LBS)
STANLEY O'NEAL, CAROL T. CHRIST,                      )
ARMANDO M. CODINA, VIRGIS W.                          )
COLBERT, JILL K. CONWAY, ALBERTO                      )
CRIBIORE, JOHN D. FINNEGAN, JUDITH                    )
MAYHEW JONAS, DAVID K.                                )
NEWBIGGING, AULANA L. PETERS,                         )
JOSEPH W. PRUEHER, ANN N. REESE,                      )
CHARLES O. ROSSOTTI, LOUIS DIMARIA,                   )
PETER STINGI and JOHN AND JANE DOES                   )
1-20,                                                 )
                              Defendants.             )
                                                      )

TARA MOORE, individually and on behalf of )
all others similarly situated,                        )
                                                      )
                              Plaintiffs,             )
                                                      )
                    v.                                )
                                                      )
MERRILL LYNCH & CO., INC., E.                         )    Case No.  07-CV-10398 (DC)
STANLEY O'NEAL, CAROL T. CHRIST,                      )
ARMANDO M. CODINA, VIRGIS W.                          )
COLBERT, JILL K. CONWAY, ALBERTO                      )
CRIBIORE, JOHN D. FINNEGAN, JUDITH                    )
MAYHEW JONAS, DAVID K.                                )
NEWBIGGING, AULANA L. PETERS,                         )
JOSEPH W. PRUEHER, ANN N. REESE,                      )
CHARLES O. ROSSOTTI, LOUIS DIMARIA,                   )
PETER STINGI and JOHN AND JANE DOES                   )
1-20,                                                 )
                              Defendants.             )
                                                      )

GREGORY YASHGUR, individually and on behalf of all others similarly situated,  )
)
)
)
Plaintiffs,  )
)
)
v.  )
)
)
MERRILL LYNCH & CO., INC., E. STANLEY O'NEAL, CAROL T. CHRIST, ARMANDO M. CODINA, VIRGIS W. COLBERT, JILL K. CONWAY, ALBERTO CRIBIORE, JOHN D. FINNEGAN, JUDITH MAYHEW JONAS, DAVID K. NEWBIGGING, AULANA L. PETERS, JOSEPH W. PRUEHER, ANN N. REESE, CHARLES O. ROSSOTTI, LOUIS DIMARIA, PETER STINGI and JOHN AND JANE DOES 1-20,  )
)
)
)
)
)
)
)
)
)
)
)
)
**Case No.  07-CV-10569 (JSR)**

Defendants.  )
)

CHRISTINE DONLON, individually and on behalf of all others similarly situated,  )
)
)
Plaintiffs,  )
)
)
v.  )
)
)
MERRILL LYNCH & CO., INC., E. STANLEY O'NEAL, CAROL T. CHRIST, ARMANDO M. CODINA, VIRGIS W. COLBERT, JILL K. CONWAY, ALBERTO CRIBIORE, JOHN D. FINNEGAN, JUDITH MAYHEW JONAS, DAVID K. NEWBIGGING, AULANA L. PETERS, JOSEPH W. PRUEHER, ANN N. REESE, CHARLES O. ROSSOTTI, LOUIS DIMARIA, PETER STINGI and JOHN AND JANE DOES 1-20,  )
)
)
)
)
)
)
)
)
)
)
)
)
**Case No.  07-CV-10661 (CM)**

Defendants.  )
)

CARL ESPOSITO, individually and on behalf )
of all others similarly situated, )
)
                          Plaintiffs, )
)
                    v. )
)
MERRILL LYNCH & CO., INC., E. )          **Case No. 07-CV-10687 (JGK)**
STANLEY O'NEAL, CAROL T. CHRIST, )
ARMANDO M. CODINA, VIRGIS W. )
COLBERT, JILL K. CONWAY, ALBERTO )
CRIBIORE, JOHN D. FINNEGAN, JUDITH )
MAYHEW JONAS, DAVID K. )
NEWBIGGING, AULANA L. PETERS, )
JOSEPH W. PRUEHER, ANN N. REESE, )
CHARLES O. ROSSOTTI, LOUIS DIMARIA, )
PETER STINGI and JOHN AND JANE DOES )
1-20, )
                          Defendants. )
)

SEAN SHAUGHNESSEY, individually and on )
behalf of all others similarly situated, )
)
                          Plaintiffs, )
)
                    v. )
)
MERRILL LYNCH & CO., INC., E. )          **Case No. 07-CV-10710 (GEL)**
STANLEY O'NEAL, CAROL T. CHRIST, )
ARMANDO M. CODINA, VIRGIS W. )
COLBERT, JILL K. CONWAY, ALBERTO )
CRIBIORE, JOHN D. FINNEGAN, JUDITH )
MAYHEW JONAS, DAVID K. )
NEWBIGGING, AULANA L. PETERS, )
JOSEPH W. PRUEHER, ANN N. REESE, )
CHARLES O. ROSSOTTI, LOUIS DIMARIA, )
PETER STINGI and JOHN AND JANE DOES )
1-20, )
                          Defendants. )
)

BARBARA BOLAND and ANNA MOLIN,  )
individually and on behalf of all others  )
similarly situated,  )
  )
                Plaintiffs,  )
  )
  )
           v.  )
  )     **Case No.  07-CV-11054 (MGC)**
MERRILL LYNCH & CO., INC., E.  )
STANLEY O'NEAL, CAROL T. CHRIST,  )
ARMANDO M. CODINA, VIRGIS W.  )
COLBERT, JILL K. CONWAY, ALBERTO  )
CRIBIORE, JOHN D. FINNEGAN, JUDITH  )
MAYHEW JONAS, DAVID K.  )
NEWBIGGING, AULANA L. PETERS,  )
JOSEPH W. PRUEHER, ANN N. REESE,  )
CHARLES O. ROSSOTTI, LOUIS DIMARIA,  )
PETER STINGI and JOHN AND JANE DOES  )
1-20,  )
                Defendants.  )

## CERTIFICATE OF SERVICE

I, Theresa Graham, hereby certify that I am over the age of 18, and am employed by the Law Firm of Cohen, Milstein, Hausfeld & Toll, P.L.L.C. On this 30th day of January, 2008, I caused true and accurante copies of the foregoing Notice of Motion to Admit Marc I. Machiz *Pro Hac Vice*, Declaration of Lynda J. Grant in Support of Motions to Admit Counsel *Pro Hac Vice*, Declaration of Marc I. Machiz in Support of Motion to Admit Counsel *Pro Hac Vice* and the Certificates of Good Standing attached thereto, and Proposed Order for Admission *Pro Hac Vice* on Written Motion, via First-Class mail, upon the following counsel of record:

| | |
|---|---|
| Paul Blakenstein, Esq.<br>Gibson, Dunn & Crutcher, LLP<br>1050 Connecticut Aenue, N.W.<br>Washington, DC  20036-5306<br><br><br>***Representing Defendants E. Stanley O'Neal, Carol T. Christ, Armando M. Codina, Virgis W. Colbert, Jill K. Conway, Alberto Cribiore, John D. Finnegan, Judith Mayhew Jonas, David K. Newbigging, Aulana L. Peters, Joseph W. Prueher, Ann N. Reese, Charles O. Rossotti, Louis Dimaria, and Peter Stingi*** | William Edward Bernarduci, Esq.<br>Robert A. Izard, Esq.<br>Schatz Nobel Izard P.C.<br>20 Church Street, Suite 1700<br>Hartford, CT  06103<br><br><br>***Representing Sean Shaugnessey*** |
| Robert I. Harwood, Esq.<br>Samuel Kenneth Rosen, Esq.<br>Harwood Feffer LLP<br>488 Madison Avenue, 8th Floor<br>New York, NY  10022<br><br>***Representing Christine Donlon*** | Katherine B. Bornstein, Esq.<br>Edward W. Ciolko, Esq.<br>Joseph H. Meltzer, Esq.<br>Joseph A. Weeden, Esq.<br>Schiffrin, Barroway, Topaz & Kessler, LLP<br>280 King of Prussia Road<br>Radnor, PA  19087<br><br>***Representing Elizabeth Estey and Tara Moore*** |

1

| | |
|---|---|
| Ralph M. Stone, Esq.<br>Thomas G. Ciarlone, Jr., Esq.<br>Amanda C. Scuder, Esq.<br>Shalov Stone Bonner & Rocco, LLP<br>485 Seventh Avenue, Suite 1000<br>New York, NY 10018<br><br>**_Representing Mary Gidaro_** | Jay B. Kasner, Esq.<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>Four Times Square<br>New York, NY 10036<br><br>**_Representing Merrill Lynch & Co._** |
| Edwin J. Mills, Esq.<br>Stull Stull & Brody<br>6 East 4th Street, 5th Floor<br>New York, NY 10017<br><br><br>**_Representing Gregory Yashgur_** | Curtis V. Trinko, Esq.<br>Wai Kin Chan, Esq.<br>Law Office of Curtis V. Trinko, LLP<br>16 West 46th Street, 7th Floor<br>New York, NY 10036<br><br>**_Representing Elizabeth Estey and Tara Moore_** |

Theresa Graham

2